TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00705-CR







Darlene Bradley Barree, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT OF SAN SABA COUNTY


NO. 5,247, HONORABLE HARLEN D. BARKER, JUDGE PRESIDING







PER CURIAM


 This is an appeal from an order of the county court revoking appellant's probation. 
Appellant was placed on probation following a conviction for driving while intoxicated.

 Appellant timely filed both a notice of appeal and a motion for new trial. After the
appeal was docketed, the motion for new trial was granted and appellant was continued on
probation. The appeal is therefore moot.

 The appeal is dismissed. 


Before Justices Powers, Kidd and B. A. Smith

Dismissed

Filed: May 10, 1995

Do Not Publish